THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME T. CISSON, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

JOHN T. GOWANS et al., Appellants, v OTIS MARSHALL FARMS, INC., Doing Business as MARSHALL FARMS, Respondent/Third-Party Plaintiff-Appellant. GOWANS HOME IMPROVEMENT et al., Third-Party Defendants-Respondents. [932 NYS2d 20]— Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.

JAMES R. BYRNES, Appellant, v CLYDE SATTERLY, M.D., Respondent, et al., Defendant. [930 NYS2d 171]— Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

NIAGARA FOODS, INC., et al., Appellants-Respondents, v FERGUSON ELECTRIC SERVICE COMPANY, INC., et al., Respondents-Appellants. [930 NYS2d 171]— Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

MARCIA A. WILD et al., as Coexecutors of MARGUERITE HORN, Deceased, et al., Respondents, v CATHOLIC HEALTH SYSTEM, Doing Business as MERCY HOSPITAL OF BUFFALO, et al., Defendants, and BUFFALO EMERGENCY ASSOCIATES, LLP, et al., Appellants. [932 NYS2d 20]— Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIEN WARREN, Appellant. [930 NYS2d 171]— Present—Centra, J.P., Peradotto, Lindley And, Sconiers, JJ.